IN THE IOWA DISTRICT COURT FOR ___DUBUQUE___ COUNTY

OWCR158763
SRCR137329
Case No. FECR137769

Plaintiff

vs.

___Jeff Gotto___
Defendant

Authorization for Return of Cash Bond Following Arrest and Bond Information

The Defendant has been arrested and cash bond has been posted in the amount of $ __23,500__ for the crime of __OWI 3rd, PSV, previously arrested, DWR__ . IF the Defendant fails to appear at the time and place when the Defendant's personal appearance is ordered by the court, the bond posted is eligible for forfeiture pursuant to Iowa Code section 811.6(1).

The Defendant shall appear in court on date: __TBD__ time: ____ am/pm at ____

I state that I have posted cash bond for the Defendant and authorize the following (only check one option):

(X) When the bond has been released please issue a check for the entire amount payable to me.*

( ) When the bond has been released please pay the defendant's financial obligation, including but not limited to fines, surcharges and costs, on the above stated case and then issue a check to me for the balance. **

( ) When the bond has been released please release the money to the defendant. ** (check this option only if the money belongs to the Defendant)

*Pursuant to Iowa Code section 602.8103(6), with proper notice, any refund to the person posting the cash bond will be applied to existing criminal debt due and owing to the State of Iowa in this county.

All bond refunds will be made by check through the mail.

**Pursuant to Iowa Code section 811.8(2) -- upon final disposition of a case, the clerk of court shall return the cash bail to the person who deposited the money. Written permission must be obtained if the cash is to be used for or released to anyone other than the person who posted the bond.

I have read and understand the above information. I have checked one box for final disbursement of the bond being posted.

Date: __9-22-2020__

Signature of person posting bond
(Will be used for verification of identity when bond is released)

__Judith M. Heiderscheit__
Printed Name of Person Posting Bond

__870 Parkview Dr. Holy Cross IA 52053__  __(563) 880-4435__
Address, City, State & Zip (Make sure the Clerk of Court is kept advised of current address)  Phone #

__313 VV 5367__  __Iowa__  __11-25-1952__  __jh555h@gmail.com__
Driver's License No. and State of Issuance  Year of Birth  Email

****************************************************************

Defendant Printed Name (If present)  Signature of Defendant (If present)

Ex. 1001